**2007–1729.   State v. El–Amim.**

Lucas App. No. L–05–1286, 2007-Ohio-3949. Reported at 116 Ohio St.3d 1458, 2007-Ohio-6803, 878 N.E.2d 35. On motion for reconsideration. Motion denied.

**2007–2152.   State v. Chattams.**

Butler App. No. CA2006–06–146. Reported at 116 Ohio St.3d 1454, 2007-Ohio-6803, 878 N.E.2d 32. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*February 21, 2008*

## RECONSIDERATION OF PRIOR DECISIONS

[Cite as *02/21/2008 Case Announcements,* 2008-Ohio-672.]

**2007–2158.   State ex rel. Oko v. McDonnell.**

Cuyahoga App. No. 90119, 2007-Ohio-5331. Reported at 116 Ohio St.3d 1515, 2008-Ohio-469, 880 N.E.2d 923. On motion for reconsideration. Motion denied.

**2008–0056.   In re Contempt of Marshall.**

Cuyahoga App. No. 88780, 2007-Ohio-6639. Reported at 116 Ohio St.3d 1516, 2008-Ohio-539, 880 N.E.2d 924. On motion for reconsideration. Motion denied.